**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-1257

DONALD RAY COTTMAN,

Plaintiff – Appellant,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

Defendant – Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Beth P. Gesner, Magistrate Judge. (1:08-cv-01753-BPG)

Submitted: October 28, 2010       Decided: November 9, 2010

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Donald Ray Cottman, Appellant Pro Se. Allen F. Loucks, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Ray Cottman appeals the magistrate judge's order affirming the Commissioner's decision to deny Cottman a period of disability and disability insurance benefits.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. See Cottman v. Astrue, No. 1:08-cv-01753-BPG (D. Md. Dec. 9, 2009). To the extent Cottman raises new claims on appeal, it is well settled that issues raised for the first time on appeal generally are not considered by this court. See Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993) (holding that issues raised for the first time on appeal are generally waived absent exceptional circumstances). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to proceed before a magistrate judge pursuant to 28 U.S.C. § 636(c) (2006).

2